KIBLER FOWLER & CAVE LLP
John D. Fowler (SBN 271827)
jfowler@kfc.law
Tracy Rane (SBN 192959)
trane@kfc.law
Kevin J. Cammiso (SBN 316540)
kcammiso@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone:   (310) 409-0400
Facsimile:    (310) 409-0401

*Attorneys for Plaintiff*
*Evil Genius Games, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVIL GENIUS GAMES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX CPX, LLC, a Delaware limited liability company; NETFLIX CPX INTERNATIONAL, B.V., a Netherlands business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to L.R. 7.1-1, the undersigned, counsel of record for Plaintiff Evil Genius Games, Inc. ("Evil Genius"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Evil Genius Games, Inc. | Plaintiff |
| T. David Scott | Owner and CEO of Plaintiff |
| Netflix CPX, LLC | Defendant |
| Netflix International B.V. | Defendant |

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Evil Genius further certifies that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: September 28, 2023   KIBLER FOWLER & CAVE LLP

By:    /s/ John D. Fowler
JOHN D. FOWLER
TRACY B. RANE
KEVIN J. CAMMISO
Attorneys for Plaintiff
Evil Genius Games, Inc.