**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Evil Genius Games, Inc., <br><br> v. <br><br> Netflix CPX, LLC et al., <br><br> PLAINTIFF(S) <br><br> DEFENDANT(S). | **CASE NUMBER** <br><br> CV23-8117-MCS (JPRx) <br><br> **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** <br> ☒ FOR DISCOVERY <br> ☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

Relationship with party's counsel

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

October 6, 2023
Date

_/s/ Jean Rosenbluth_
United States Magistrate Judge

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge   Rozella A. Oliver   . On all documents subsequently filed in this case, please substitute the initials   RAO   after the case number in place of the initials of the prior judge, so that the case number will read   2:23-cv-08117 MCS(RAOx)   . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   Previous Magistrate Judge