# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVIL GENIUS GAMES, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>NETFLIX CPX, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–08117–MCS–RAO<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __11/3/2023__

Document No.:   __18__

Title of Document:   __Proof of Service (subsequent documents)__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Service of summons and complaint returned executed 21 days

Proof includes the initiating Counterclaim. The cited correct event prompts for required information as to statute, who, when and how service was made ; the event also calculated Answer due date... all such information Missing on docket entry.

Other:

Proof includes the initiating Counterclaim. The cited correct event prompts for required information as to statute, who, when and how service was made . Such information is Missing on the docket entry and No link to the counterclaim as well

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __November 6, 2023__         By:  __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS