# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVIL GENIUS GAMES, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>NETFLIX CPX, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−08117−MCS−RAO<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __11/3/2023__ | __18__ | __Proof of Service (subsequent documents)__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .




DATED: November 6, 2023              /s/ *Mark C. Scarsi*
                                                          United States District Judge

G–112B (08/22)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**