Neema T. Sahni (Bar No. 274240)
NSahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Attorneys for Defendants and Counterclaim Plaintiffs Netflix US, LLC; Netflix Studios, LLC; Netflix CPX, LLC; and Netflix CPX International B.V.*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evil Genius Games, Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Netflix CPX, LLC; Netflix CPX International B.V.,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-08117-MCS-RAO<br><br>**DEFENDANTS AND COUNTERCLAIM PLAINTIFFS NETFLIX US, LLC; NETFLIX STUDIOS, LLC; NETFLIX CPX, LLC; AND NETFLIX CPX INTERNATIONAL B.V.'S: PROOF OF SERVICE OF ANSWER AND COUNTERCLAIMS** |
| Netflix CPX, LLC; Netflix CPX International B.V.; Netflix US, LLC; Netflix Studios, LLC,<br><br>　　　　　Counterclaim Plaintiffs,<br><br>　v.<br><br>Evil Genius Games, Inc.,<br><br>　　　　　Counterclaim Defendant. | |

PROOF OF SERVICE

I, Neema T. Sahni, declare:

1. I am a Partner with the law firm of Covington & Burling LLP, whose address is 1999 Avenue of the Stars, Los Angeles, California 90067-4643. I am over the age of 18 years and not a party to this action. I am counsel for Defendants and Counterclaim Plaintiffs Netflix US, LLC; Netflix Studios, LLC; Netflix CPX, LLC; and Netflix CPX International B.V. I have personal knowledge of the following facts and could and would testify as to them if called to do so.

2. Pursuant to the Court's Order Setting Scheduling Conference (ECF No. 17), I submit the following Proof of Service of responsive pleadings.

3. On November 1 and 2, 2023, I caused to be served the documents described as:

- **ANSWER OF NETFLIX CPX, LLC AND NETFLIX CPX INTERNATIONAL B.V. TO EVIL GENIUS'S COMPLAINT; and**
- **COUNTERCLAIMS FOR: (1) BREACH OF CONTRACT, (2) TRADEMARK INFRINGEMENT, (3) COPYRIGHT INFRINGEMENT, AND (4) DECLARATORY JUDGMENT**

by the Court's CM/ECF system and by email to the following recipients:

> KIBLER FOWLER & CAVE LLP
> John D. Fowler (SBN 271827)
> jfowler@kfc.law
> Tracy Rane (SBN 192959)
> trane@kfc.law
> Kevin J. Cammiso (SBN 316540)
> kcammiso@kfc.law
> 11100 Santa Monica Blvd., Suite 360
> Los Angeles, California 90025
> Telephone: (310) 409-0400
> Facsimile: (310) 409-0401
>
> *Attorneys for Plaintiff and Counterclaim Defendant Evil Genius Games, Inc.*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2023, at Los Angeles, California.

Respectfully submitted,

By: */s/ Neema T. Sahni*
Neema T. Sahni

Neema T. Sahni (Bar No. 274240)
NSahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749