Neema T. Sahni (Bar No. 274240)
NSahni@cov.com
J. Hardy Ehlers (Bar No. 287528)
JEhlers@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Attorneys for Defendants and Counterclaim Plaintiffs Netflix US, LLC; Netflix Studios, LLC; Netflix CPX, LLC; and Netflix CPX International B.V.*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evil Genius Games, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Netflix CPX, LLC; Netflix CPX International B.V.,<br><br>    Defendants.<br><br>Netflix CPX, LLC; Netflix CPX International B.V.; Netflix US, LLC; Netflix Studios, LLC,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>Evil Genius Games, Inc.,<br><br>    Counterclaim Defendant. | Case No.: 2:23-cv-08117-MCS-RAO<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 28, 2023<br>Trial Date: None Set |

In accordance with Local Rule 16-15.7, Plaintiff and Counterclaim Defendant Evil Genius Games, Inc., and Defendants and Counterclaim Plaintiffs Netflix CPX, LLC, Netflix CPX International B.V., Netflix US, LLC, and Netflix Studios, LLC (collectively, the "Parties") hereby submit this Joint Notice of Settlement to notify the Court that the Parties have agreed to a settlement concerning this action. The Parties expect to file the appropriate dismissal papers by no later than January 31, 2024. The Parties respectfully request that the Court hold in abeyance all pending case deadlines until such dismissal papers are filed.

Dated: January 11, 2024

COVINGTON & BURLING LLP

By: /s/ Neema T. Sahni
    Neema T. Sahni (Bar No. 274240)
    NSahni@cov.com
    J. Hardy Ehlers (Bar No. 287528)
    JEhlers@cov.com
    COVINGTON & BURLING LLP
    1999 Avenue of the Stars
    Los Angeles, California 90067-4643
    Telephone: (424) 332-4800
    Facsimile: (424) 332-4749

Dated: January 11, 2024

KIBLER FOWLER & CAVE LLP

By: /s/ John D. Fowler
    John D. Fowler (SBN 271827)
    jfowler@kfc.law
    Tracy Rane (SBN 192959)
    trane@kfc.law
    Kevin J. Cammiso (SBN 316540)
    kcammiso@kfc.law
    11100 Santa Monica Blvd., Suite 360
    Los Angeles, California 90025
    Telephone: (310) 409-0400
    Facsimile: (310) 409-0401

*Attorneys for Plaintiff and Counterclaim Defendant Evil Genius Games, Inc.*

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, the submitting attorney hereby attests that all of signatories listed concur in the filing's content and have authorized the filing.

Dated: January 11, 2024

COVINGTON & BURLING LLP

By: */s/ Neema T. Sahni*
    Neema T. Sahni (Bar No. 274240)
    NSahni@cov.com
    J. Hardy Ehlers (Bar No. 287528)
    JEhlers@cov.com
    COVINGTON & BURLING LLP
    1999 Avenue of the Stars
    Los Angeles, California 90067-4643
    Telephone: (424) 332-4800
    Facsimile: (424) 332-4749

## **CERTIFICATE OF SERVICE**

It is hereby certified that I caused to be served a true and correct copy of the foregoing document titled JOINT NOTICE OF SETTLEMENT via the Court's CM/ECF filing system on the 11th day of January, 2024, upon all counsel of record.

Dated: January 11, 2024

                                              By:  */s/ Neema T. Sahni*
                                                      Neema T. Sahni