| | |
|---|---|
| 1 | Neema T. Sahni (Bar No. 274240) |
| 2 | NSahni@cov.com |
| 3 | J. Hardy Ehlers (Bar No. 287528) |
|   | JEhlers@cov.com |
| 4 | COVINGTON & BURLING LLP |
| 5 | 1999 Avenue of the Stars |
|   | Los Angeles, California 90067-4643 |
| 6 | Telephone: (424) 332-4800 |
| 7 | Facsimile: (424) 332-4749 |

*Attorneys for Defendants and Counterclaim Plaintiffs Netflix US, LLC; Netflix Studios, LLC; Netflix CPX, LLC; and Netflix CPX International B.V.*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evil Genius Games, Inc., | Case No.: 2:23-cv-08117-MCS-RAO |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| Netflix CPX, LLC; Netflix CPX International B.V., | |
| Defendants. | |
| Netflix CPX, LLC; Netflix CPX International B.V.; Netflix US, LLC; Netflix Studios, LLC, | |
| Counterclaim Plaintiffs, | |
| v. | |
| Evil Genius Games, Inc., | |
| Counterclaim Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiff and Counterclaim Defendant Evil Genius Games, Inc. ("Evil Genius") and Defendants and Counterclaim Plaintiffs Netflix CPX, LLC; Netflix CPX International, B.V.; Netflix US, LLC; and Netflix Studios, LLC (together, with Evil Genius, the "Parties"), by and through the undersigned counsel, hereby STIPULATE to DISMISS this action in its entirety WITH PREJUDICE.  All Parties are to bear their own fees and costs.

Dated:  January 22, 2024                    Respectfully submitted,

By:  /s/ Neema T. Sahni
Neema T. Sahni

Neema T. Sahni (Bar No. 274240)
NSahni@cov.com
J. Hardy Ehlers (Bar No. 287528)
JEhlers@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Attorneys for Defendants and Counterclaim Plaintiffs Netflix US, LLC; Netflix Studios, LLC; Netflix CPX, LLC; and Netflix CPX International B.V.*

Dated:  January 22, 2024                    Respectfully submitted,

By:  /s/ John D. Fowler
John D. Fowler

John D. Fowler (SBN 271827)
jfowler@kfc.law
Tracy Rane (SBN 192959)
trane@kfc.law
Kevin J. Cammiso (SBN 316540)

kcammiso@kfc.law
KIBLER FOWLER & CAVE LLP
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone: (310) 409-0400
Facsimile: (310) 409-0401

*Attorneys for Plaintiff and Counterdefendant Evil Genius Games, Inc.*

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, the submitting attorney hereby attests that all of signatories listed concur in the filing's content and have authorized the filing.

Dated: January 22, 2024

COVINGTON & BURLING LLP

By: /s/ Neema T. Sahni
Neema T. Sahni (Bar No. 274240)
NSahni@cov.com
J. Hardy Ehlers (Bar No. 287528)
JEhlers@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749